## SMITH *v.* FINNEY.

[No. 8,327. Filed April 10, 1914.]

From Superior Court of Marion County (82,779); *Charles J. Orbison,* Judge.

Action between Carey L. Smith and Lydia E. Finney. From a judgment for the latter, the former appeals. *Appeal dismissed.*

*Fred Hoffstadt,* for appellant.
*J. S. Smith* and *J. E. Martin,* for appellee.

CALDWELL, J.—Appellant's brief and the record in this case are in the same condition as in *Smith* v. *Finney* (1914), *ante* 93, 104 N. E. 887, and on authority of that case, this appeal must be dismissed.

Appeal dismissed.

---

## HAYES ET AL. *v.* JOHNSON.

[No. 8,544. Filed May 12, 1914.]

From Jay Circuit Court; *Daniel W. Comstock,* Special Judge.

Action by Lawrence Hayes, Sr., and others against Benjamin Johnson. From a judgment for defendant, the plaintiffs appeal. *Affirmed.*

*Jacob F. Denney* and *Wheeler Ashcraft,* for appellants.
*Frank B. Jaqua* and *W. F. MacGinnitie,* for appellee.

SHEA, P. J.—The facts and the issues presented in this case are precisely the same as in the case of *Hayes* v. *Johnson* (1914), *ante* 238, 105 N. E. 164. Upon the authority of that case, the judgment in this case is affirmed.

---

## MILLS ET AL. *v.* COWGILL ET AL.

[No. 8,289. Filed March 20, 1914. Rehearing denied May 15, 1914.]

From Grant Circuit Court; *Lemuel W. Royse,* Special Judge.

Action by Henry Mills and others against Carey E. Cowgill and others. From a judgment for defendants, the plaintiffs appeal. *Affirmed.*

*C. W. Watkins, Charles A. Butler, W. F. McNagny* and *J. A. Kersey,* for appellants.

*Wm. A. Ketcham, Lesh & Lesh, Sayre & Hunter* and *Pettit & Switzer,* for appellees.